

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2016

No. 04-16-00435-CV

Everett W. **GREGORY** Jr. and Marcia Gregory,
Appellants

v.

**BANK OF AMERICA, N.A.** and Jesse R. Mendoza,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI05064
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Appellee's motion for an extension of time to file its brief is granted in part. Appellee's brief must be filed on or before January 6, 2017. **FURTHER EXTENSIONS OF TIME ARE DISFAVORED**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court